**Order entered December 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00494-CR

**RONNIE DILLARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB12-63717-M**

## ORDER

The State's December 20, 2013 second motion to extend the time to file the State's brief

is **DENIED**.

We **ORDER** the State to file its brief on or before **FOURTEEN DAYS** from the date of

this order. If the State does not comply with this order, the appeal will be submitted without the

State's brief.

/s/    LANA MYERS
       JUSTICE